AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>CODY MICHAEL TARNER<br>DOB: xx/xx/xxxx<br><br>*Defendant(s)* | ) Case: 1:20−mj−00137<br>) Assigned To : Robinson, Deborah A.<br>) Assign. Date : 7/17/2020<br>) Description: Complaint w/ Arrest Warrant<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 15, 2020_____ in the county of _____ in the _____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i)<br>18 U.S.C. § 1361 | did maliciously damage and destroy, or attempt to damage and destroy, by means of fire and explosive materials, vehicles and their contents, that is, a 2016 Ford Interceptor a 2017 Ford Expedition, and a 2012 Ford Econoline, property of the Supreme Court of the United States Police Department and the United States Federal Government used in and affecting interstate and foreign commerce; and did willfully injure or commit depredation on property of the United States causing damage in excess of $1,000. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BRENT THORWARD, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: _____07/17/2020_____

_____
*Judge's signature*

City and state: _____Washington, DC_____   DEBORAH A. ROBINSON, U.S. Magistrate Judge
*Printed name and title*

Print     Save As...     Attach     Reset