AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

CODY MICHAEL TARNER

Defendant

Case: 1:20-mj-00137
Assigned To : Robinson, Deborah A.
Assign. Date : 7/17/2020
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

**FILED**
AUG 13 2020
Clerk, U.S. District and Bankruptcy Courts

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CODY MICHAEL TARNER
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i) - Arson; and
18 U.S.C. § 1361 - Destruction of Government Property

Date: 07/17/2020

Deborah A. Robinson
Digitally signed by Deborah A. Robinson
Date: 2020.07.17 19:17:26 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

DEBORAH A. ROBINSON, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/17/2020, and the person was arrested on *(date)* 8/13/2020
at *(city and state)* Washington D.C.

Date: 8/13/2020

Received
*Arresting officer's signature*

Vincent Cruse DUSM
*Printed name and title*