UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-183 (RCL) |
| v. | : | |
| CODY MICHAEL TARNER | : | |
| Defendant. | : | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter is before the Court in the above-captioned case and based on the Court's Order ECF# 9 "that defendant be committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. § 4247(b) . . . for placement in a suitable facility for a competency examination. The examination shall be conducted by a licensed or certified psychiatrist and/or psychologist, or more than one such examiner. A report shall be prepared by the examiner and shall be filed under seal with the Court with copies provided to counsel for the defendant and to the attorney for the government." The Court further ordered that "the report shall include: 1. The defendant's history and any present mental health symptoms relevant to his legal competency; 2. A description of the psychiatric, psychological, and medical tests that were employed and their results; 3. The examiner's findings; 4. The examiner's opinions as to diagnosis and prognosis; and 5. Whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." *See* Court's Order ECF# 9.

**The Court makes the following findings of fact and conclusions of law:**

After a careful review of the Certificate of Restoration of Competency to Stand Trial and Report thereof, dated November 10, 2022, prepared by Allyson Sharf, Ph.D. Forensic Psychologist Mental Health Department Federal Medical Center Butner, North Carolina; and after the Court made in-court finding of the defendant on January 11, 2023, and after due considerations of counsel for the defendant and the government determinations of the defendant's competency, the Court finds:

1. After having considered the record, including the written report dated November 10, 2022, prepared by Allyson Sharf, Ph.D. Forensic Psychologist and the representations made by counsel for the defendant and the government on January 11, 2023 status hearing, and having applied the applicable legal standards to that record, the Court finds by a preponderance of the evidence that Mr. Tarner is currently competent to stand trial.

2. Specifically, this Court finds that Mr. Tarner is not presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(d).

3. It is thus **ORDERED** that Mr. Tarner is competent to assist his counsel in further proceedings in this matter and is competent to stand trial at this time.

**It is SO ORDERED.**

Date: January 23, 2023

Hon. Royce C. Lamberth
United States District Judge