# United States District Court
# For The District of Columbia

**United States,**

        **v.**

**Cody Tarner,**

        **Defendant.**

Case No. 20-cr-183-RCL

## Notice of Intent to Present Insanity Defense

Cody Tarner, by and through his attorney, and pursuant to Federal Rule of Criminal Procedure 12.2 hereby provides notice of his intention to present a defense of insanity in this case.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
ALEXIS MORGAN GARDNER
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500