IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      ) CRIMINAL ACTION NO.:
                               ) 20-0183-RCL
          Plaintiff,           )
     vs.                       )
                               )
CODY MICHAEL TARNER,           ) Washington, D.C.
                               ) August 18th, 2023
          Defendant.           ) 10:15 a.m.
_____)


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:

For the Government:       Emory Vaughan Cole, Esquire
                          U.S. Attorney's Office for the
                          District of Columbia
                          555 Fourth Street, NW
                          Washington, DC 20530

For the Defendant:        Alexis M. Gardner, Esquire
                          Federal Public Defender for the
                          District of Columbia
                          625 Indiana Ave NW
                          Suite 500
                          Washington, DC 20004


Reported by:              Christine T. Asif, RPR, FCRR
                          Official Court Reporter
                          United States District Court
                          for the District of Columbia
                          333 Contitution Avenue, NW
                          Washington, D.C., 20001
                          (202) 354-3247


Proceedings recorded by machine shorthand; transcript produced
by computer-aided transcription

```
 1                      P R O C E E D I N G S

 2              THE CLERK:  Your Honor, we're in criminal action

 3     20-183, United States of America versus Cody Tarner.  If I can

 4     have counsel please approach the podium, state your names for

 5     the record starting with the United States.

 6              MR. COLE:  Good morning, Your Honor.  I am Emory V.

 7     Cole representing the United States in this matter.  As always

 8     it's good to see Your Honor.

 9              MS. GARDNER:  Alexis Gardner on behalf of defendant.

10     Mr. Tarner is present in custody.

11              THE COURT:  Okay.  Nice to have you here, Ms.

12     Gardner.  Welcome to the new kid on the block.

13              MS. GARDNER:  Thank you.

14              THE COURT:  If you'll come forward I want to talk to

15     you a little bit about what you've had the opportunity to do

16     so far and where you see we're going.

17              MS. GARDNER:  Yes, Your Honor.  Well, being brand

18     new to the case I haven't reviewed any discovery yet.  But I

19     have talked to Mr. Tarner briefly.  However, we haven't been

20     able to go into depth about the current offer that's on the

21     table.

22              THE COURT:  Okay.

23              MS. GARDNER:  But I know he is anxious to get this

24     resolved one way or the other.  So if the Court was inclined

25     to set it for trial, I have December available, or if you
```

1    would like to set another status we can --

2        THE COURT:  I wanted to see whether you're possibly

3    available, because I'm getting a plea in a case that I had set

4    for November 1st, so November 1st would be a perfect date for

5    me, is that gone?

6        MS. GARDNER:  Well, I have a trial on November 13th,

7    Judge, but I will accommodate the Court.

8        THE COURT:  Well, if you can accommodate November

9    1st, I'll see if the government could and we'll at least have

10   a trial date to work from.

11       MR. COLE:  Your Honor, this is a case where, as

12   you're aware, and I had an opportunity to talk to Ms. Gardner

13   just briefly this morning regarding the case.  Everything was

14   caught on video as you know.  It's a bright sunny day.  The

15   defendant was arrested on the spot after he was also lit

16   himself on fire.

17       We took a great pain and time to get what we believe

18   to be a phenomenal great plea of mandatory five years and the

19   government will allocute no more than ten years and you can

20   sentence the defendant accordingly.  It took a lot to get

21   that, as you know, we've been -- I've had the case from the

22   beginning.

23       Having said that, Your Honor, this is what I think

24   is a better course, I have two matters scheduled in October,

25   and one may go away, but the other one is set and is set hard

1    and fast with Judge Friedrich.  I would ask the Court, and I

2    don't think there would be an objection, I would like -- I

3    would request, respectfully, Ms. Gardner to see the actual

4    evidence and video, so that she can have a more fulsome

5    discussion with the defendant, consistent with her actual

6    video of the case.  As the Court knows this is a video, bright

7    sunny day case.  So it's not difficult.

8           And the reason I mention December, I have a case

9    with Judge Friedrich, we have two dates, because of her

10   schedule and the defense counsel's schedule.  One is the end

11   of October and if she's not available it's going to be

12   December, I think December 3rd or so.  But I won't know --

13   that is the case that's going to go for sure.  So that's where

14   I stand.  So I would be looking for a January date.  But I

15   think we should take a step back at this particular point,

16   Your Honor.  We've been at this --

17          THE COURT:  We already had a step back.

18          MR. COLE:  All right.  Not me --

19          THE COURT:  We already had a step back.  And the

20   defendant did not want to plead.  And I'm not going to coerce

21   a plea.  So as far as I'm concerned I want to set a trial

22   date.  And he can plead or not plead.  He already had that

23   same offer and he didn't take it.  So --

24          MR. COLE:  Maybe counsel makes a difference, Your

25   Honor.  And I was wanting to give Ms. Gardner an opportunity

1    to be fully engaged.

2            THE COURT:  I know you would like to, but I'm not.

3            MR. COLE:  Okay.  Judge, all right.

4            THE COURT:  So are you saying you could not do it on

5    November 1st because of the other trial?

6            MR. COLE:  Yes, Your Honor.  Do you have -- if

7    you're going to set a date then I think I would --

8            THE COURT:  When is the other trial expected to

9    conclude?

10           MR. COLE:  It's going to be about a week, Your

11   Honor.  So -- but I have two, I will know today if at matter

12   before Judge Kollar-Kotelly.  It's set for a plea.  The

13   defendant at one point did not -- and that's the beginning of

14   October.  But it's set for a plea today, this afternoon and he

15   wasn't -- the defendant wasn't brought up from Northern Neck

16   and the Marshals are going to get him.  So I will know about

17   that one.  But the one before Judge Friedrich, it appears that

18   that's going to go.  It's either the later part of October or

19   the beginning of December.  Your Honor, if you want to set

20   this case for a trial, my best judgment would be the middle

21   part of November, if you have that date.

22           THE COURT:  Are we talking about a three-day trial

23   here?

24           MR. COLE:  Yes, four at the most, Your Honor.  And

25   I'll contact the law enforcement from the Supreme Court to

1    ensure their schedules are intact for that date.  That's the

2    only caveat, Your Honor.

3            MS. GARDNER:  If I may, Judge, I do have a trial set

4    November 13th, so November 1st would actually be preferable

5    for me.

6            THE COURT:  All right.  I'm going to go ahead and

7    set it then for November 1st, 10:00 a.m.

8            MS. GARDNER:  Thank you.

9            THE COURT:  And I guess I better set a date, if you

10   expect to file any motions, for October 1st so that we have

11   time dispose of them before the trial.  You don't know at this

12   point of any motions you're expecting to file?

13           MS. GARDNER:  I don't at this point, Judge, but I

14   think that's safe to get a motions date.

15           THE COURT:  All right.  We'll set trial for November

16   1st for four days.

17           All right.  Anything else you all want to do today?

18           MR. COLE:  Your Honor one -- I don't believe there

19   will be any motions given the facts of this case.  Your Honor,

20   I endeavor mightily, I enjoy trying cases before you, I don't

21   want to pass this one up.  We've dealt for many years.  So it

22   saddens me, but we'll work it out, Your Honor.

23           THE COURT:  And hopefully this can still be a plea,

24   but I need to get a date set and I have a -- it can't go on

25   forever under speedy trial either.  So I'll find that it's in

1  the interests of justice to continue it this long for new

2  counsel to also be prepared, but I think it's time to get this

3  either tried or the defendant, if he chooses to do so can

4  plead.  But if he doesn't want to plead he has the same offer

5  he had last time, and if he thinks it's not in his interest, I

6  want to give him a trial date I don't want him to keep sitting

7  in jail awaiting trial.

8          MR. COLE:  But having said that, Your Honor, the

9  bottom end of our plea he would only have like another 18

10 months, two years to do.  That's the bottom end.  That's why I

11 hesitate to --

12         THE COURT:  Well, I -- I understand that it sounds

13 like a favorable plea offer, but I'm not the one that's going

14 to do that additional 18 months either.

15         MR. COLE:  Yes.  Your Honor, I will, for the Court's

16 pleasure and for the record I'll keep the plea open, because

17 at some point when we started getting ready, 45 days from

18 today's date, I think that's in the interest of justice to do

19 so.  45 days from today, I'll keep that plea open.  Other than

20 that, Your Honor, we'll be getting ready for trial.  Thank

21 you.

22         THE COURT:  All right.  Where did you come from?

23         MS. GARDNER:  Excuse me, Your Honor?

24         THE COURT:  Where did you come from?

25         MS. GARDNER:  I'm from Los Angeles originally, but

1    I --

2              THE COURT:  My condolences.

3              MS. GARDNER:  Huh?

4              THE COURT:  My condolences.

5              MS. GARDNER:  I've been in the Northern District of

6    Oklahoma for the last six years, though.

7              THE COURT:  Oh, good.

8              MS. GARDNER:  Yeah, we tried cases in seven days.

9              THE COURT:  With the public defender?

10             MS. GARDNER:  Yeah, with the Federal Defender

11    there.

12             THE COURT:  Where did you go to school?

13             MS. GARDNER:  UCLA.

14             THE COURT:  Good.  Nice to have you here.

15             MS. GARDNER:  Thank you.  It's a pleasure practicing

16    in front of you.

17             THE COURT:  Thank you very much.  Court will be in

18    recess.

19             (The proceedings were concluded.)

20

21             I, Christine Asif, RPR, FCRR, do hereby certify that
      the foregoing is a correct transcript from the stenographic
22    record of proceedings in the above-entitled matter.

                      _____/s/_____
23                       Christine T. Asif
                       Official Court Reporter

24

25