CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                                )
           vs.                )       Criminal Case No.: 20cr183 (RCL)
                                )
CODY TARNER                 )
                                )

*Let this be filed*
*Roger C. [illegible]*
*U.S.D.J. 1/9/24*

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____       Date: 1/9/24

Royce C. Lamberth

United States District Judge