UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CODY MICHAEL TARNER,<br><br>*Defendant.* | Case No. 1:20-cr-183-RCL |

## ORDER

Upon consideration of defendant Cody Michael Tarner's Motion for Leave to File Sentencing Memorandum and Exhibits Under Seal, ECF No. 86, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant's sentencing memorandum and exhibits, located at ECF No. 87, shall be filed under seal.

**IT IS SO ORDERED.**

Date: 5-14-24

Royce C. Lamberth
United States District Judge